Hal Taylor, Esq.
Of Counsel, Olinsky Law Group
NV Bar No.: 4399
2551 West Lakeridge Shores
Reno, NV 89519
Tel: (775) 825-2223
Fax: (775) 329-1113
Email: HalTaylorLawyer@gbis.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LADONNA MARIE RATHEL,<br><br>               Plaintiff,<br><br>       v.<br><br><br>KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>               Defendant. | CASE NO.<br>3:23-cv-00144-LRH-CSD<br><br> ORDER GRANTING **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S BRIEF** |

      Plaintiff, Ladonna Marie Rathel, by her attorney, moves for a sixty (60) day extension of time to file Plaintiff's opening brief. Plaintiff's opening brief is currently due to be filed July 20, 2023.

      Counsel requests this extension due to multiple, simultaneous filing deadlines. Counsel requires additional time to properly and thoroughly prepare Plaintiff's brief. For instance, between July 14, and September 14, 2023, staff in Counsel's office have two hundred and thirty-nine (239) Plaintiff briefs due. This figure does not include Oral Arguments, appeals to Circuit Courts, Reply Briefs, settlement negotiations, and the various other tasks which arise throughout the course of litigation. These circumstances do not allow for Plaintiff's Counsel to properly prepare the brief by the current deadline. This request will not cause Defendant any undue

hardship. This extension is needed to thoroughly and properly prepare the brief by the current deadline.

    Wherefore, Plaintiff requests an extension from July 20, 2023, up to and including September 18, 2023 to file their brief. Counsel for the Plaintiff has conferred with Defendant's Counsel who kindly has no objection to this request.

Dated July 13, 2023.

                                       Respectfully submitted,

                                       */s/Hal Taylor*
                                       Hal Taylor, Esq.

IT IS SO ORDERED.

DATED: July 14, 2023.

                                       _____
                                       UNITED STATES MAGISTRATE JUDGE